No. 92–868. REPUBLIC INSURANCE GROUP ET AL. *v.* MALESKI, ACTING INSURANCE COMMISSIONER OF PENNSYLVANIA, ET AL. Sup. Ct. Pa. Motion of Reinsurance Association of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–908. CAPLINGER ET AL. *v.* DOE. C. A. 5th Cir. Motion of National School Boards Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–951. GOINS *v.* LANG ET AL. C. A. 8th Cir. Motion of respondents Syndicated Communications, Inc., et al. for award of double costs and attorney's fees denied. Certiorari denied.

No. 92–1008. SUPPLE ET AL. *v.* HAYS COUNTY GUARDIAN ET AL. C. A. 5th Cir. Motion of American Council on Education for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–6287 (A–478). HIRSCHFELD *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner to strike brief in opposition denied. Application for bail, addressed to JUSTICE THOMAS and referred to the Court, denied. Certiorari denied.

No. 92–7300 (A–553). STAMPER *v.* WRIGHT, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.